# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME JUNIOR WASHINGTON, | |
| Plaintiff, | Civil Action No. 18 – 340 |
| v. | Chief District Judge Joy Flowers Conti |
| | Magistrate Judge Lisa Pupo Lenihan |
| SUPERINTENDENT MR. GILMORE, C.O. COMER and CITY OF PITTSBURGH, | |
| Defendants. | |

## MEMORANDUM ORDER

Pending before the Court is a *pro se* prisoner civil rights Complaint that was submitted by plaintiff Jerome Junior Washington ("Plaintiff") on March 15, 2018 and docketed by the Clerk on April 12, 2018. (ECF No. 5.) It was referred to a United States Magistrate pursuant to the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court.

On October 1, 2018, the magistrate judge issued a Report and Recommendation ("R&R") wherein she recommended that Plaintiff's Complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1). (ECF No. 11.) The R&R was served on Plaintiff who was informed that the deadline to file written objections was October 18, 2018. As of today, no objections have been filed.

After careful *de novo* review, the following Order is now entered.

**AND NOW**, this 31st day of October, 2018;

1

**IT IS HEREBY ORDERED** that the Report and Recommendation of the magistrate judge (ECF No. 11) is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 5) is dismissed without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case closed.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

cc: Jerome Junior Washington
HV-0282
SCI Greene
175 Progress Drive
Waynesburg, PA 15370