IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME WASHINGTON, | ) |
| | ) Civil Action No. 18 - 340 |
| Plaintiff, | ) |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| v. | ) |
| | ) ECF Nos. 176, 178, 179 |
| GILMORE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER ON POST TRIAL MOTIONS

**IT IS HEREBY ORDERED, this 15th day of September. 2022,** that, for the reasons set forth in the Memorandum Opinion filed on this date, Plaintiff's Motion to Alter Judgment (ECF No. 176), Motion for Judgment as a Matter of Law (ECF No. 178) and Motion for a New Trial (ECF No. 179) are **DENIED.**

By the Court:

_____
Lisa Pupo Lenihan
United States Magistrate Judge

Cc:   Jerome Junior Washington
      HV-0282
      SCI Rockview
      Box A
      1 Rockview Place
      Bellefonte, PA  16823

      Counsel of Record
      (Via CM/ECF electronic mail)